**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01325

BRIDGET SMITH

Plaintiff

v.

STACY FUJISAWA; LIFE LINE SCREENING OF AMERICA, LTD

Defendants

---

**DEFENDANT LIFE LINE SCREENING OF AMERICA, LTD'S**
**NOTICE OF REMOVAL**

---

TO: PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant, Life Line Screening of America, Ltd ("Life Line"), by and through its counsel, Angela Wood of the Law Offices of Scott Tessmer, and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

**INTRODUCTION AND BASIS FOR REMOVAL**

1. On or about April 20, 2022, Plaintiff, Bridget Smith, filed her Complaint and Jury Demand in Adams County District Court, Colorado, Case No. 2022CV30482. The Complaint seeks recovery of damages as to Life Line and Defendant Stacy Fujisawa based on allegations of injuries, damages, and losses. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28

U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Ms. Smith is a citizen and resident of the State of Nebraska. *See* **Exhibit A** at ¶ 1. Plaintiff resides at 1216 Robin Dr., Bellevue, NE 68005. Defendant Stacy Fujisawa is a citizen and resident of the State of Colorado. *See* **Exhibit A** at ¶ 2. Defendant Stacy Fujisawa was served on May 18, 2022 and is also represented by undersigned counsel and consents to this removal. *See* **Exhibit F** and **Exhibit G.**. Defendant Life Line Screening of America, Ltd was served through a registered agent in Colorado but has its residency and principal place of business in the State of Ohio. *See* **Exhibit A** at ¶ 3 and **Exhibit B**.

4. The amount in controversy exceeds $75,000. *See* **Exhibit C**, Plaintiff's District Court Civil Cover Sheet (showing he seeks more than $100,000 in damages); *see also Paros Properties LLC v. Colorado Cas. Ins. Co*., 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet.").

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). Life Line has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. Life Line's registered agent was served with Plaintiff's Complaint and Jury Demand in this matter on April 29, 2022. *See* **Exhibit D** and **Exhibit E**. Thus, Life Lines' Notice of Removal is due by May 29, 2022.

**COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

7. A copy of all process, pleadings, and orders that were served by the parties are attached and captioned as follows:

**Exhibit A** Complaint and Jury Demand;

**Exhibit B** Ohio Secretary of State Printout;

**Exhibit C** District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit D** Return of Service for Life Line;

**Exhibit E** Summons to Life Line;

**Exhibit F** Return of Service for Stacy Fujisawa;

**Exhibit G** Summons to Stacy Fujisawa;

**Exhibit H** Notice of Intent to Remove Action to Federal Court Pursuant to D.C.Colo.L.Civ.R. 81.1;

**Exhibit I** State court register of actions.

8. No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Jefferson.

9. A copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Adams in Civil Action No. 2022CV30482. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel. *See* **Exhibit H**.

10. The state court register of actions is attached as **Exhibit I**.

WHEREFORE, Defendant, Life Line Screening of America, Ltd, respectfully requests that this case be removed from the District Court for the County of Adams, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 26th day of May, 2022.

LAW OFFICES OF SCOTT TESSMER
*A duly signed original is on file at the Law Offices of Scott Tessmer*

*/s/ Angela K. Wood*
Angela K. Wood, No. 34212
8888 E. Raintree Drive, Suite 210
Scottsdale, AZ 85260
Direct Telephone: (303) 645-8620
Facsimile: (877) 369-5827
E-mail: Angela.Wood@thehartford.com
Attorney for Defendant,
Life Line Screening of America, Ltd

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 26th day of May, 2022, a true and correct copy of the foregoing **DEFENDANT LIFE LINE SCREENING OF AMERICA, LTD'S NOTICE OF REMOVAL** was served to Plaintiff's counsel and the District Court of Adams County, Case No. 2022CV30482.

Via Email: Weiszllc@gmail.com
Barrett Weisz
Barrett Weisz, LLC
900 Arapahoe Avenue
Boulder, CO 80302
Attorney for Plaintiff

*A duly signed original is on file at the Law Offices of Scott Tessmer*

*/s/ Melissa Meza*
Legal Assistant to Angela K. Wood